JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JAMES LOCKHART,<br><br>　　　　　　Petitioner,<br>　　v.<br><br>SUZAN L. HUBBARD, Warden,<br><br>　　　　　　Respondent. | Case No. EDCV 11-1343-DMG (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: May 21, 2012

　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　United States District Judge